■ In the Matter of CHARLES L. ENGELSHER, as Director, Owner and Licensee of PARKCHESTER GENERAL HOSPITAL, Appellant, against MORRIS A.

JACOBS, as Commissioner of Hospitals of the City of New York and as Chairman of the Board of Hospitals of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente and Stevens, JJ.